**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>NORA R YELLAND<br><br>Debtor | Chapter 13<br><br>Case No. 17-13074-BFK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed April 11, 2018. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3)** - Good Faith.
- Section 12 provides that student loans will be paid outside of Plan; no student loans have been scheduled. Similarly, Section 8(A) proposes to avoid a lien that is not listed on the Schedules.

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
- Debtor has paid only $1,037.25 since filing this Petition on September 12, 2017, which does not bode well for proposed step payments from $100.00 per month for 6 months to $250.00 per month for 4 months, and then $595.00 per month for the remaining 50 months of the Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

**Notice of Objection to Confirmation**
Nora R Yelland, Case # 17-13074-BFK

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 31, 2018 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste, 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _May 8, 2018_____          ___/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington Street, #400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

**Notice of Objection to Confirmation**
Nora R Yelland, Case # 17-13074-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of May, 2018, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Nora R Yelland | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 13369 Hungerford Place | Fisher-Sandler, LLC |
| Herndon, VA 20170 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

                                                /s/ Thomas P. Gorman
                                                Thomas P. Gorman